IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 12-0588-CG-M |
| | ) |
| MISSION HEALTH CARE OF GEORGIA, LLC; GOS OPERATOR, LLC; GORDON OAKS HEALTHCARE CENTER; GORDON OAKS MEMORY CARE COMMUNITY; GORDON OAKS SPECIALTY CARE ASSISTED LIVING; GOA OPERATOR, LLC; and GO ATM, LLC, | ) |
| | ) |
| Defendants. | |

## JUDGMENT

The parties having stipulated and agreed that the court should enter judgment in favor of the plaintiff, and the court having found that the stipulated settlement agreement is fair and reasonable, it is therefore **ORDERED, ADJUDGED and DECREED** that judgment be, and hereby is, entered in favor of plaintiff Deborah Allen and against the defendants as stipulated by the parties in their joint motion to approve settlement agreement, and as set forth in the court's order approving the parties' joint motion:

1. Unpaid Wages (FLSA Claims):     $4,755.
2. Liquidated Damages:             $2,744.
3. Attorneys' Fees and Costs:      $10,000

   Total:                          $17,500

**DONE** and **ORDERED** this 25th day of June, 2013.

/s/ Callie V. S. Granade
**UNITED STATES DISTRICT JUDGE**